IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

TRF, N.A., LLC,                               )    Chapter 11
                                              )
        Debtor,                               )    CASE NO. 09-17065

                                          Honorable Judge Jacqueline Cox

## FINAL REPORT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1019(5) AND SCHEDULE OF UNPAID DEBTS

TRF, N.A., LLC, by counsel, Ottenheimer Teplinsky Rosenbloom, LLC, by Lester A. Ottenheimer III, herewith submits, pursuant to Bankruptcy Rule Procedure 1019(5), its Final Report and Report of Unpaid Debts as follows:

1.    The Debtor, TRF, N.A., LLC, filed its Chapter 11 bankruptcy on May 11, 2009.

2.    On June 16, 2009, this case was converted to a Chapter 7 pursuant to an Order dated June 16, 2009. A copy of the Order is attached as Exhibit "A".

3.    There have been no unpaid debts incurred after the commencement of the Chapter 11 case and before the conversion to the Chapter 7 case.

4. The Debtor's assets are substantially the same as they were at the time of the filing of the Chapter 11 case.

Respectfully submitted,

TRF, N.A., LLC

By: _____
Lester A. Ottenheimer III
One of its attorneys

Lester A. Ottenheimer III
Howard L. Teplinsky
Antonia Hays
Ottenheimer Teplinsky Rosenbloom, LLC
750 Lake Cook Road, Suite 140
Buffalo Grove, Illinois  60089
(847) 520-9400
Attorney No. 3127572