UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
Trf Na Llc                          §    Case No. 09-17065 JPC
                                    §
            Debtor(s)               §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on         . The case was converted to one under Chapter 7 on            . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]               $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Joseph A. Baldi_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 09-17065 | Judge: Jacqueline P. Cox | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|
| Case Name: | Trf Na Llc | | | Date Filed (f) or Converted (c): | 06/16/09 (c) |
| | | | | 341(a) Meeting Date: | 07/23/09 |
| For Period Ending: | 09/24/14 | | | Claims Bar Date: | 06/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking, Savings Accounts | 200.00 | 0.00 | | 0.00 | FA |
| no funds turned over from chapter 11 debtor. | | | | | |
| 2. Money Market Account | 0.00 | 0.00 | | 0.00 | FA |
| 3. 6 Computers, printers and monitors | 750.00 | 0.00 | | 0.00 | FA |
| computers obsolete, no resale value | | | | | |
| 4. Miscellaneous pictures | 250.00 | 0.00 | | 0.00 | FA |
| 5. Patents and trademarks | Unknown | 0.00 | | 0.00 | FA |
| 6. Office Equip, Furnishings,&Supplies | 2,500.00 | 0.00 | | 0.00 | FA |
| Office furniture disposed of by landlord, no value | | | | | |
| 7. fax machine, copier, file cabinets and misc. equip | 1,000.00 | 0.00 | | 0.00 | FA |
| office equipment disposed of by landlord, no value | | | | | |
| 8. Preferences and Fraudulent transfers (u) | Unknown | 65,500.00 | | 16,500.00 | FA |
| Fraudulent Transfer Claim v. Citizens Bank and Cheboygan County; Mary Moore, Republic Bank, et al. (Adversary 10-01893); settled and collected with Republic, Citizens and Cheboygan; settlment with M. Moore was part of settlement with B. Moore (see Asset #11 below) | | | | | |
| 9. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.64 | FA |
| 10. Preference and FraudulentTransfer (u) | Unknown | 20,000.00 | | 20,000.00 | FA |
| Fraudulent transfer complaint v. Gerson; settled for $20,000 (Adversary 11-01045); Asset 10 originally included with Asset 8 (Trustee estimated value included in Asset 8) | | | | | |
| 11. Preference and Fraudulent Transfer (u) | Unknown | 0.00 | | 6,000.00 | FA |
| Fraudulent transfer complaint v. B. Moore (Adv. 11-01054); settled for $30,000 payable in installments; Asset 11 originally included with Asset 8 (Trustee estimated value included in Asset 8). Moore defaulted on note payments, estate entitled to obtain judgment for $94,000 per | | | | | |

LFORM1 UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Ver: 18.01

Case 09-17065    Doc 80    Filed 10/30/14    Entered 10/30/14 08:11:00    Desc Main
Document      Page 4 of 16

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No: | 09-17065 | Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | Trf Na Llc | | Date Filed (f) or Converted (c): | 06/16/09 (c) |
| | | | 341(a) Meeting Date: | 07/23/09 |
| | | | Claims Bar Date: | 06/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| settlement agreement, Trustee determined judgment uncollectible. | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $4,700.00 | $85,500.00 | | $42,500.64 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated assets. Trustee filed 3 adversary proceedings to avoid and recover fraudulent transfers; Trustee
settled with all parties; payments have been received in full for 2 adversaries; the judgment creditor on the final
adversary is delinquent in his payments to the Estate which was due in April 2014, the final installment payment was due
to the Estate in April 2015. Trustee pursued collection of the judgment amount; Trustee determined that the balance is
uncollectible and that further collection efforts would not yield a distribution to unsecured creditors; as a result,
Trustee prepared the TFR

Initial Projected Date of Final Report (TFR): 06/30/11      Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-17065 -JPC | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | Trf Na Llc | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6701 Checking Account |
| Taxpayer ID No: | *******9857 | | | |
| For Period Ending: | 09/24/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 10,321.49 | | 10,321.49 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 10,311.49 |
| 02/05/14 | 003001 | International Sureties | Bond Premium Payment | 2300-000 | | 8.26 | 10,303.23 |
| | | 701 Poydras Street #420 | Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.33 | 10,287.90 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.82 | 10,274.08 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.27 | 10,258.81 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 14.76 | 10,244.05 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.23 | 10,228.82 |
| 06/27/14 | 003002 | BALDI BERG, LTD | Trustee Attorney Fees | 3110-000 | | 10,228.82 | 0.00 |
| | | 20 N. CLARK STREET, STE. 200 | Allowed per Court Order Dated April 26, 2012 | | | | |
| | | CHICAGO, IL 60602 | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,321.49 | 10,321.49 | 0.00 |
| Less: Bank Transfers/CD's | 10,321.49 | 0.00 | |
| Subtotal | 0.00 | 10,321.49 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 10,321.49 | |

Page Subtotals  10,321.49  10,321.49

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 09-17065 -JPC | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | Trf Na Llc | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******7204 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9857 | | | |
| For Period Ending: | 09/24/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/20/11 | 8 | CITIZENS NATIONAL BANK<br>303 North Main Street<br>P.O. Box 10<br>Cheboygan, MI 49721-0010 | RECOVER FRAUD TFR: #548 | 1241-000 | 10,000.00 | | 10,000.00 |
| 06/30/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 10,000.02 |
| 07/29/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,000.10 |
| 08/31/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,000.19 |
| 09/30/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,000.27 |
| 10/28/11 | 8 | Republic Bancorp Co. | RECOVER FRAUD TFR: #548 | 1241-000 | 6,500.00 | | 16,500.27 |
| 10/31/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 16,500.35 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 12.74 | 16,487.61 |
| 11/30/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 16,487.74 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 20.06 | 16,467.68 |
| 12/13/11 | 10 | LOUIS M. GERSON CO., INC.<br>16 Commerce Blvd.<br>Middleboro, MA 02346 | Preference Settlement - Installment | 1241-000 | 10,000.00 | | 26,467.68 |
| 12/29/11 | 9 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 26,467.84 |
| 12/29/11 | | Transfer to Acct #*******2723 | Bank Funds Transfer | 9999-000 | | 26,467.84 | 0.00 |

| | | Page Subtotals | 26,500.64 | 26,500.64 | |
|---|---|---|---|---|---|

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 18.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 09-17065 -JPC | | Trustee Name: | Joseph A. Baldi |
| Case Name: | Trf Na Llc | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******7204 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9857 | | | |
| For Period Ending: | 09/24/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | COLUMN TOTALS | | 26,500.64 | 26,500.64 | 0.00 |
| | | Less: Bank Transfers/CD's | | 0.00 | 26,467.84 | |
| | | Subtotal | | 26,500.64 | 32.80 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 26,500.64 | 32.80 | |

Page Subtotals    0.00    0.00

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-17065 -JPC | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | Trf Na Llc | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2723 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9857 | | |
| For Period Ending: | 09/24/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******7204 | Bank Funds Transfer | 9999-000 | 26,467.84 | | 26,467.84 |
| 02/07/12 | 001001 | International Sureties | TRUSTEE BOND NO. 016026455 | 2300-000 | | 20.92 | 26,446.92 |
| | | 701 Poydras Street #420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/16/12 | 10 | LOUIS M. GERSON CO., INC. | RECOVER FRAUD TFR: #548 | 1241-000 | 10,000.00 | | 36,446.92 |
| | | 16 Commerce Blvd. | | | | | |
| | | Middleboro, MA 02346 | | | | | |
| 03/30/12 | 11 | ROSENBLOOM OTTENHEIMER, LLC | Barrett Moore Settlement | 1241-000 | 1,000.00 | | 37,446.92 |
| | | Client Fund Account | | | | | |
| | | 750 W Lake Cook Rd | | | | | |
| | | Buffalo Grove, IL 60089 | | | | | |
| 04/30/12 | 001002 | Baldi Berg & Wallace, Ltd. | Interim compensation | 3110-000 | | 25,000.00 | 12,446.92 |
| | | 19 S. LaSalle St. | partial payment of allowed interim compensation | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 02/07/13 | 001003 | International Sureties | Bond Premium Payment | 2300-000 | | 10.04 | 12,436.88 |
| | | 701 Poydras Street #420 | BOND # 016026455 | | | | |
| | | New Orleans, LA 70139 | | | | | |
| * 03/11/13 | | CONGRESSIONAL BANK | Monthly Bank Service Fee | 2600-003 | 11.93 | | 12,448.81 |
| | | 6500 Rock Spring Drive, Suite 300 | TCMS would not allow me to enter an adjustment | | | | |
| | | Bethesda, MD 20817 | date more than 30 days old. Therefore, I entered | | | | |
| | | | 3/11/13 as the date of adjustment. The actual date of | | | | |
| | | | adjustment which is reflected on the bank statements | | | | |
| | | | is 3/08/13. ~JMM 4.10.13 | | | | |
| 03/11/13 | | CONGRESSIONAL BANK | Monthly Bank Service Fee | 2600-000 | | 11.93 | 12,436.88 |
| | | 6500 Rock Spring Drive, Suite 300 | TCMS would not allow me to enter an adjustment | | | | |
| | | Bethesda, MD 20817 | date more than 30 days old. Therefore, I entered | | | | |
| | | | 3/11/13 as the date of adjustment. The actual date of | | | | |
| | | | adjustment which is reflected on the bank statements | | | | |

Page Subtotals: 37,479.77  25,042.89

UST Form 101-7-TFR (5/1/2011) (Page: 8)

LFORM24

Ver: 18.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit B

| Case No: | 09-17065 -JPC | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | Trf Na Llc | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2723  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9857 | | | |
| For Period Ending: | 09/24/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 04/10/13 | | Reverses Adjustment IN on 03/11/13 | is 3/08/13. ~JMM 4.10.13<br>Monthly Bank Service Fee<br>Supposed to be a subtraction, not an addition. ~JMM 4.10.13 | 2600-003 | -11.93 | | 12,424.95 |
| 04/19/13 | 11 | BARRETT MOORE<br>1001 Greenbay Road<br>#315<br>Winnetka, IL 60093 | SETTLEMENT | 1241-000 | 5,000.00 | | 17,424.95 |
| 04/22/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 13.19 | 17,411.76 |
| 04/27/13 | 001004 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Interim Compensation<br>Payment of allowed interim compensation | 3110-000 | | 7,000.00 | 10,411.76 |
| 05/22/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 14.30 | 10,397.46 |
| 06/09/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>The date of adjustment 6/9/13 actually occurred on 6/4/13 but TCMS will not allow us to back date it more than 30 days. Therefore, I used the 6/9/13 as the date of adjustment. ~JMM 7.9.13 | 2600-000 | | 11.04 | 10,386.42 |
| 07/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.67 | 10,375.75 |
| 08/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300 | Monthly Bank Service Fee | 2600-000 | | 11.02 | 10,364.73 |

Page Subtotals          4,988.07          7,060.22

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-17065 -JPC | | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- | --- |
| Case Name: | Trf Na Llc | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2723 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9857 | | | |
| For Period Ending: | 09/24/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Bethesda, MD 20817 | | | | | |
| 09/11/13 | | CONGRESSIONAL BANK | Monthly Bank Service Fee | 2600-000 | | 11.00 | 10,353.73 |
| | | 6500 Rock Spring Drive, Suite 300 | | | | | |
| | | Bethesda, MD 20817 | | | | | |
| 10/03/13 | | CONGRESSIONAL BANK | Monthly Bank Service Fee | 2600-000 | | 10.64 | 10,343.09 |
| | | 6500 Rock Spring Drive, Suite 300 | | | | | |
| | | Bethesda, MD 20817 | | | | | |
| 11/05/13 | | CONGRESSIONAL BANK | Monthly Bank Service Fee | 2600-000 | | 10.98 | 10,332.11 |
| | | 6500 Rock Spring Drive, Suite 300 | | | | | |
| | | Bethesda, MD 20817 | | | | | |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 10.62 | 10,321.49 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 10,321.49 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 42,467.84 | 42,467.84 | 0.00 |
| Less: Bank Transfers/CD's | 26,467.84 | 10,321.49 | |
| Subtotal | 16,000.00 | 32,146.35 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 16,000.00 | 32,146.35 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********6701 | 0.00 | 10,321.49 | 0.00 |
| Money Market Account (Interest Earn - ********7204 | 26,500.64 | 32.80 | 0.00 |
| Checking Account (Non-Interest Earn - ********2723 | 16,000.00 | 32,146.35 | 0.00 |
| | ---------------- | ---------------- | ---------------- |
| | 42,500.64 | 42,500.64 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    10,364.73

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7
Exhibit B

| Case No: | 09-17065 -JPC | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | Trf Na Llc | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2723 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9857 | | |
| For Period Ending: | 09/24/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 15, 2014 |
|---|---|---|---|---|---|---|

Case Number:  09-17065  
Debtor Name:  Trf Na Llc  

Claim Class, Priority Sequence (No Pay Hold)

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $97,805.37 | $42,228.82 | $55,576.55 |
| | | | 9010012723  04/30/12  1002 | | 25,000.00 | |
| | | | 9010012723  04/27/13  1004 | | 7,000.00 | |
| | | | 2221656701  06/27/14  3002 | | 10,228.82 | |
| BOND 001<br>2300-00 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | Administrative | | $29.18 | $29.18 | $0.00 |
| | | | 9010012723  02/07/12  1001 | | 20.92 | |
| | | | 2221656701  02/05/14  3001 | | 8.26 | |
| | Subtotal for Class Administrative | | | $97,834.55 | $42,258.00 | $55,576.55 |
| 000001<br>070<br>7100-00 | Kutcyhins Robin and Diamond<br>1101 Perimeter Drive, #760<br>Schaumburg, IL 60173 | Unsecured | | $1,900.00 | $0.00 | $1,900.00 |
| 000002<br>070<br>7100-00 | Louis M. Gerson Company, Inc.<br>c/o Adam Goodman<br>Goodman Law Offices LLC<br>105 West Madison Street, Suite 1500<br>Chicago, IL 60062 | Unsecured | (2-1) property owned by co-obligor | $150,000.00 | $0.00 | $150,000.00 |
| 000003<br>070<br>7100-00 | American Arbitration Association<br>1633 Braodway 10th Floor<br>New York, NY 10019 | Unsecured | | $6,150.00 | $0.00 | $6,150.00 |
| 000004<br>070<br>7100-00 | Louis M. Gerson Company, Inc.<br>c/o Adam Goodman<br>Goodman Law Offices LLC<br>105 West Madison Street, Suite 1500<br>Chicago, IL 60062 | Unsecured | | $150,000.00 | $0.00 | $150,000.00 |
| 000005<br>070<br>7100-00 | Fitch Even Tabin & Flannery<br>120 S. LaSalle Street<br>Chicago, IL 60603 | Unsecured | | $28,206.84 | $0.00 | $28,206.84 |
| 000006<br>070<br>7100-00 | SkillSoft Corporation<br>Bruce A. Harwood<br>Sheehan Phinney bass + Green PA<br>1000 Elm Street,<br>Manchester, NH 03101 | Unsecured | (6-1)  Goods and services sold | $247,840.37 | $0.00 | $247,840.37 |
| 000007<br>070<br>7100-00 | Learnframe, Inc.<br>c/o Denver C. Snuffer, Jr.<br>10885 S. State Street<br>Sandy UT 84070 | Unsecured | (7-1) services provided | $2,918,481.59 | $0.00 | $2,918,481.59 |
| 000008<br>070<br>7100-00 | Learnframe, Inc.<br>c/o Denver C. Snuffer, Jr.<br>10885 S. State Street<br>Sandy UT 84070 | Unsecured | (8-1) copyright infringement<br>(8-1) claim is NOT LESS that $10,000,000.00 | $10,000,000.00 | $0.00 | $10,000,000.00 |
| | Subtotal for Class Unsecured | | | $13,502,578.80 | $0.00 | $13,502,578.80 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 15, 2014 |
|---|---|---|---|---|---|---|
| Case Number: | 09-17065 | Claim Class, Priority Sequence (No Pay Hold) | | | | |
| Debtor Name: | Trf Na Llc | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $13,600,413.35 | $42,258.00 | $13,558,155.35 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-17065 JPC
Case Name: Trf Na Llc
Trustee Name: Joseph A. Baldi

    Balance on hand        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

  Total to be paid for chapter 7 administrative expenses    $_____

  Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $   must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $              have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Kutcyhins Robin and Diamond | $ | $ | $ |
| 000002 | Louis M. Gerson Company, Inc. | $ | $ | $ |
| 000003 | American Arbitration Association | $ | $ | $ |
| 000004 | Louis M. Gerson Company, Inc. | $ | $ | $ |
| 000005 | Fitch Even Tabin & Flannery | $ | $ | $ |
| 000006 | SkillSoft Corporation | $ | $ | $ |
| 000007 | Learnframe, Inc. | $ | $ | $ |
| 000008 | Learnframe, Inc. | $ | $ | $ |

Total to be paid to timely general unsecured creditors                $_____

Remaining Balance                $_____

   Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE