UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| | ) | Case No. 09-17065 |
| TRF Na, LLC, | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date: December 4, 2014 |
| Debtor. | ) | Time: 9:30 a.m. |

**Notice of Motion**

**TO:**   *See Attached Service List*

PLEASE TAKE NOTICE that on Thursday, December 4, 2014 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jacqueline P. Cox, United States Courthouse, 219 South Dearborn Street, Room 680, Chicago, Illinois and then and there present the **Baldi Berg, Ltd.'s Motion to Approve Interim Compensation and Expense Reimbursement Previously Awarded and Paid as Final**, a true and correct copy of which is attached hereto and hereby served upon you.

Joseph A. Baldi
Julia D. Loper
20 N. Clark St., Suite 200
Chicago, IL  60602
(312) 726-8150

**Certificate Of Service**

I, Joseph A. Baldi, hereby certify that on October 30, 2014, I caused a true and correct copy of the foregoing Notice of Motion and the document identified therein to be served on the persons on the attached service list, via CM/ECF electronic notice.

_____/s/ Joseph A. Baldi_____

*Service List*
TRF Na, LLC debtor
Case No. 09-17065

**Via CM/ECF Electronic Notice**

Office of the U. S. Trustee, Region 11
219 S Dearborn Room 873
Chicago, IL 60604
USTPRegion11.es.ecf@usdoj.gov
**Via Electronic Notice**

Lester A Ottenheimer, III
Ottenheimer Rosenbloom, LLC
750 Lake Cook Rd - Ste 140
Buffalo Grove, IL 60090
lottenheimer@otrlaw.com
**Via Electronic Notice**

Adam B Goodman
Goodman Law Offices LLC
105 West Madison Street
Suite 1500
Chicago, IL 60602
adam@thegoodmanlawoffices.com
**Via Electronic Notice**

Jessica Tovrov
Tovrov Law Offices
105 West Madison Street
Suite 400
Chicago, IL 60602
jessica@tovrovlaw.com
**Via Electronic Notice**

Kurt M Carlson
Carlson Dash LLC
216 S. Jefferson Street
Suite 504
Chicago, IL 60661
kcarlson@carlsondash.com
**Via Electronic Notice**

Edward P. Freud
Ruff, Weidenaar et al
222 North LaSalle Street
Chicago, IL 60601
epfreud@rwrlaw.com
**Via Electronic Notice**

Martin J Wasserman
Carlson Dash, LLC
216 S. Jefferson,
Suite 504
Chicago, IL 60661
mwasserman@carlsondash.com
**Via Electronic Notice**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| | ) | Case No. 09-17065 |
| | ) | |
| TRF Na, LLC, | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date: December 4, 2014 |
| Debtor. | ) | Time: 9:30 a.m. |

**Baldi Berg, Ltd.'s Motion to Approve Interim Compensation and Expense Reimbursement Previously Awarded and Paid as Final**

Baldi Berg, Ltd., formerly known as Baldi, Berg & Wallace, Ltd. ("Baldi Berg"), attorneys for Joseph A. Baldi, not personally but solely as trustee ("Trustee") of the estate ("Estate") of TRF Na, LLC ("Debtor"), pursuant to section 330 and 331 of title 11, United States Code ("Code"), requests this Court for the entry of an order finding that the amounts previously awarded and paid to Baldi Berg as interim compensation and expense reimbursement shall be approved as final allowances. In support thereof, Trustee states as follows:

**Introduction**

1. Debtor commenced this case on August 19, 2009 by filing a voluntary petition for relief under Chapter 11 of title 11, United States Code ("Code"). On June 16, 2009, the Court entered an Order converting the case to a case under Chapter 7 of the Code.

2. On June 16, 2009, Joseph A. Baldi ("Trustee") was appointed as the Chapter 7 trustee in this case. Trustee has been the duly qualified and acting Chapter 7 trustee in this case since his appointment.

3. On August 27, 2009, this Court entered an order authorizing Trustee to employ Baldi Berg as his attorneys in the case.

4. Since its employment, Baldi Berg represented the Trustee in the recovery of fraudulent conveyances and preferential transfers. Based on Debtor's schedules, Debtor did

not appear to have any assets for the Trustee to administer. However, the Trustee investigated the affairs and transactions of the Debtor and uncovered significant discrepancies between the information set forth in Debtor's schedules of assets and liabilities and other information provided to Trustee by creditors at the first meeting of creditors. Baldi Berg, as requested by Trustee, filed three adversary proceedings to recover the fraudulent conveyances and preferential transfers. Baldi Berg filed two adversary proceedings against Barrett Moore (the Debtor's principal) and Mary Moore (Barrett Moore's wife) to recover fraudulent conveyances and a third adversary proceeding against Louis M. Gerson Company, one of the Debtor's creditors to recover preferential transfers (collectively, the "Adverary Proceedings"). Baldi Berg represented the Trustee the prosecution of the Adversary Proceedings and included conducting discovery, appearing at court hearings and, ultimately, preparing motions to settle. All three of the Adversary Proceedings were settled pursuant to this Court's Order and, as a result, the Estate recovered gross proceeds in the amount of $42,500.00. In addition, Baldi Berg represented the Trustee in general case administration matters including preparing various motions and other pleadings filed with the Court and analyzing the Debtor's financial records to identify additional recoverable assets.

     5.     On April 4, 2012, Baldi Berg filed its first interim application for compensation and expense reimbursement seeking payment of compensation in the amount of $97,327.50 for 379.80 hours of services rendered during the period August 12, 2009 through March 6, 2012 ("Interim Period") and for reimbursement of actual expenses incurred during the Interim Period in the amount of $477.87. Pursuant to this Court's order dated April 26, 2012 [Dkt. No. 75], Baldi Berg was awarded interim compensation and expense reimbursement in the amounts of $97,327.50 and $477.87, respectively ("Interim Award").

     6.     To date, Baldi Berg has received payment from the Estate in the aggregate amount of $42,228.82 on account of the Interim Award.

7. Subsequent to the Interim Period, Baldi Berg has continued to represent the Trustee in this case. Among the services rendered to the Trustee, Baldi Berg pursued collection of the unpaid balance due from Barrett Moore pursuant to the settlement order resolving that adversary proceeding and advising the Trustee as to preparation of the Trustee's Final Report. Despite all efforts expended, Trustee has determined that the remaining balance from B. Moore is uncollectible and has filed his Trustee's Final Account in order to close this case.

8. Although Baldi Berg has provided supplementary services to the Trustee since the Interim Period, Baldi Berg will not seek additional compensation from the Estate.

9. The services rendered by Baldi Berg during the Interim Period, and subsequently, were necessary and actual services rendered at the request and direction of the Trustee and have provided benefits to the Estate.

10. Based upon the foregoing, Baldi Berg requests that the Interim Award be deemed final.

WHEREFORE, Baldi Berg, Ltd. requests the entry of an order providing the amounts previously awarded and paid as interim compensation and expense reimbursement pursuant to this Court's order dated April 26, 2012 shall be allowed and approved as final, and for such other and further relief as this Court deems appropriate.

Dated:  October 30, 2014                    Joseph A. Baldi, as trustee of the estate of
                                            TRF Na, LLC, Debtor


                                            By:_____/s/_____
                                                   Joseph A. Baldi

Joseph A. Baldi
Attorney I.D. No. 00100145
20 N. Clark St.   Suite 200
Chicago, IL  60602
(312) 726-8150

3