# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
Trf Na Llc § Case No. 09-17065
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Jeffrey P. Allsteadt
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

9:30 a.m., on Thursday, December 4, 2014
in Courtroom 680, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Kenneth Gardner_____
                                          Clerk of Bankruptcy Court

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Trf Na Llc § Case No. 09-17065
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 42,500.64 |
| and approved disbursements of | $ | 42,500.64 |
| leaving a balance on hand of[1] | $ | 0.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 97,327.50 | $ 42,228.82 | $ 0.00 |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ 477.87 | $ 0.00 | $ 0.00 |
| Other: International Sureties | $ 29.18 | $ 29.18 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 0.00 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,502,578.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Kutcyhins Robin and Diamond | $ 1,900.00 | $ 0.00 | $ 0.00 |
| 000002 | Louis M. Gerson Company, Inc. | $ 150,000.00 | $ 0.00 | $ 0.00 |
| 000003 | American Arbitration Association | $ 6,150.00 | $ 0.00 | $ 0.00 |
| 000004 | Louis M. Gerson Company, Inc. | $ 150,000.00 | $ 0.00 | $ 0.00 |
| 000005 | Fitch Even Tabin & Flannery | $ 28,206.84 | $ 0.00 | $ 0.00 |
| 000006 | SkillSoft Corporation | $ 247,840.37 | $ 0.00 | $ 0.00 |
| 000007 | Learnframe, Inc. | $ 2,918,481.59 | $ 0.00 | $ 0.00 |
| 000008 | Learnframe, Inc. | $ 10,000,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $ 0.00

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 09-17065-JPC
TRF NA LLC                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: froman             Page 1 of 3                 Date Rcvd: Oct 31, 2014
                               Form ID: pdf006          Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2014.
```
db         +TRF NA LLC,    625 Forest Edge Drive,    Vernon Hills, IL 60061-4104
13901209   +ADT,    PO Box 371967,    Pittsburgh, PA 15250-7967
13901210   +ADT Security Services Inc,    PO Box 371967,    Pittsburgh, PA 15250-7967
13901212   +American Arbitration Association,    6795 N. Palm Avenue, 2nd Floor,    Fresno, CA 93704-1088
13901213   +Answering Service,    2801 Bertholet Blvd., Suite 151,    Valparaiso, IN 46383-7959
13901216   +Bandwidth.com,    4001 Weston Parkway, Suite 100,    Cary, NC 27513-2317
13901217   +Barrett Moore,    1001 Green Bay Road,    Winnetka, IL 60093-1721
13901218   +Blackhawk Delivery Services,    836 S. Arlington Heights Rd, PMB H,
             Elk Grove Village, IL 60007-3667
13901219    Bulova Corporation,    One Bulova Avenue,    Woodside, NY 11377
13901220    CH Robinson,    c/o Receivable Control Corporation,    7373 Kirkwood Court, uite 200,
             Minneapolis, MN 55369
13901221   +Chubb Insurance,    c/o Jack R. Creel & Associated,    PO Box 801083,    Houston, TX 77280-1083
13901222    Copper Networks,    15845 W. Pope Blvd.,    Lincolnshire, IL 60069
13971484    Copperfree Networks,    15845 W. Pope Blvd.,    Lincolnshire, IL 60069
13901223   +Crains Communication,    Drawer #5842,    PO Box 79001,    Detroit, MI 48279-1701
13901224   +Crown,    2055 Hammond Drive,    Schaumburg, IL 60173-3809
13901225   +Daniel B Garriott,    Nelson, Snuffer Dahle and Poulsen,    10885 South State Street,
             Sandy, UT 84070-4104
13901226   +Danka,    11101 Roosevelt Boulevard,    Saint Petersburg, FL 33716-2340
13901227   +Denver Snuffer,    Nelson, Snuffer, Dahle & Poulsen,    10885 South State Street,
             Sandy, UT 84070-4104
13901229   +Essex PB and R Corp,    8007 Chivvis Driv,    Saint Louis, MO 63123-2333
13901232   +FP Mailing Solutions,    Department 4272,    Carol Stream, IL 60122-0001
13901230    Fedex Express Corporation,    Revenue Services,    3965 Airways, Module G,    Memphis, TN 38116
13901231   +Fitch Even Tabin and Flannery,    120 S. LaSalle Street,    Chicago, IL 60603-3590
13901233   +GE Capital,    4836 Brecksville Road,    PO Box 523,    Richfield, OH 44286-0523
13901234   +Gerson,    16 Commerce Boulevard,    Middleboro, MA 02346-1085
13901235   +Greenleaf Capital Group LLC,    3411 Brei Kessel Road,    Independence, MN 55359-8747
13901236   +Grey House Publishing,    185 Millerton Road,    PO Box 860,    Millerton, NY 12546-0860
13901237   +Kimco,    7300 West Montrose Avenue,    Norridge, IL 60706-1158
13971498   +Kutchins Robin & Diamond,    1101 Perimeter Drive, #760,    Schaumburg, IL 60173-5025
13901238   +Kutcyhins Robin and Diamond,    1101 Perimeter Drive, #760,    Schaumburg, IL 60173-5025
13901239   +LearnFrame,    9551 S. 700 East, #200,    Sandy, UT 84070-3493
17404481   +Learnframe, Inc.,    c/o Denver C. Snuffer, Jr.,    10885 S. State Street,    Sandy UT 84070-4104
14002192   +Louis M. Gerson Company, Inc.,    c/o Adam Goodman,    Goodman Law Offices LLC,
             105 West Madison Street, Suite 1500,    Chicago, IL 60602-4602
13901241   +Mary Moore,    1001 Green Bay Road, #320,    Winnetka, IL 60093-1721
13901242   +Noreen Garcia Case Manager,    American Arbitration Association,
             6795 N. Palm Avenue, 2nd Floor,    Fresno, CA 93704-1088
13901244   +Pitney Bowes,    c/o Caine & Weiner,    PO Box 5010,    Woodland Hills, CA 91365-5010
13901245   +Questionmark Corporation,    535 Connecticut Ave., Suite 100,    Norwalk, CT 06854-1713
13971505   +Questionmark Corporation,    535 Connecticut Avenue, #100,    Norwalk, CT 06854-1713
13901247   +Riffner Barber & Rowden,    1834 Walden Office Square, #500,    Schaumburg, IL 60173-4298
13901248   +Savvis,    1 Savvis Parkway,    Town and Country, MO 63017-5827
13971508   +SkillSoft Corporation,    Bruce A. Harwood,    Sheehan Phinney bass + Green PA,
             1000 Elm Street,,    Manchester, NH 03101-1792
13901249   +SkillSoft Corporation,    107 Northeastern Blvd.,    Nashua, NH 03062-1916
13901250   +Sovereign Deed, Inc.,    820 Forest Edge Drive,    Vernon Hills, IL 60061-3105
13901252   +Taylor Plumbing,    488 Dien Drive,    Wheeling, IL 60090-2641
13901253   +Thermal Comfort,    c/o Williams, Cohen & Gray,    8300 Bissonnet Street, Suite 840,
             Houston, TX 77074-3900
13901254   +Thomas Coburn Fagel Haber,    55 East Monroe Street, 40th Flr,    Chicago, IL 60603-6029
13971512   +Thompson Coburn Fagel Haber,    55 East Monroe Street, 40th Flr,    Chicago, IL 60603-6029
13901255   +Tim Fafinski,    3411 Brei Kessel Road,    Independence, MN 55359-8747
13901256   +Travelers,    Assoc Agencies, Inc.,    1701 Golf Road, Suite 700,
             Rolling Meadows, IL 60008-4227
13901257   +US Lift,    PO Box 91976,    Elk Grove Village, IL 60009-1976
13901259   +Waste Management,    c/o RMS,    PO Box 523,    Richfield, OH 44286-0523
13901258   +Waste Management,    PO Box 4684,    Carol Stream, IL 60197-4684

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13901214   +E-mail/Text: g20956@att.com Nov 01 2014 01:35:04     AT and T,    PO Box 6463,
             Carol Stream, IL 60197-6463
13901215   +E-mail/Text: g20956@att.com Nov 01 2014 01:35:04     AT&T Mobility,    PO Box 6463,
             Carol Stream, IL 60197-6463
13901240   +E-mail/Text: BankruptcyLegal@level3.com Nov 01 2014 01:33:49     Level 3 Communications, Inc.,
             1025 Eldorado Boulevard,    Broomfield, CO 80021-8869
13901243   +E-mail/Text: bankruptcy@pb.com Nov 01 2014 01:35:12     Pitney Bowes,    PO Box 856460,
             Louisville, KY 40285-6460
13971504   +E-mail/Text: bklaw@centurylink.com Nov 01 2014 01:35:20     Quest,    Dept. COOR,
             6000 Parkwood Place,    Dublin, OH 43016-1213
13901246   +E-mail/Text: bklaw@centurylink.com Nov 01 2014 01:35:20     Qwest,    Dept. COOR,
             6000 Parkwood Place,    Dublin, OH 43016-1213
```

```
District/off: 0752-1          User: froman                Page 2 of 3                   Date Rcvd: Oct 31, 2014
                              Form ID: pdf006             Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                      TOTAL: 6

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13971473*        +ADT,    PO Box 371967,    Pittsburgh, PA 15250-7967
13971477*        +AT&T Mobility,    PO Box 6463,    Carol Stream, IL 60197-6463
13971474*        +Alphagraphics,    701 N. Milwaukee Avenue, Suite 116,    Vernon Hills, IL 60061-1530
13971475*        +American Arbitration Association,    6795 N. Palm Avenue, 2nd Floor,    Fresno, CA 93704-1088
13971476*        +Answering Service,    2801 Bertholet Blvd., Suite 151,    Valparaiso, IN 46383-7959
13971478*        +Bandwidth.com,    4001 Weston Parkway, Suite 100,    Cary, NC 27513-2317
13971479*        +Barrett Moore,    1001 Green Bay Road,    Winnetka, IL 60093-1721
13971480*        +Blackhawk Delivery Services,    836 S. Arlington Heights Rd, PMB H,
                   Elk Grove Village, IL 60007-3667
13971481*         Bulova Corporation,    One Bulova Avenue,    Woodside, NY 11377
13971482*         CH Robinson,    c/o Receivable Control Corporation,    7373 Kirkwood Court, uite 200,
                   Minneapolis, MN 55369
13971483*        +Chubb Insurance,    c/o Jack R. Creel & Associated,    PO Box 801083,    Houston, TX 77280-1083
13971485*        +Crains Communication,    Drawer #5842,    PO Box 79001,    Detroit, MI 48279-1701
13971486*        +Crown,    2055 Hammond Drive,    Schaumburg, IL 60173-3809
13971488*        +DTN,    9110 W. Dodge Road, Suite 200,    Omaha, NE 68114-3316
13971487*        +Danka,    11101 Roosevelt Boulevard,    Saint Petersburg, FL 33716-2340
13971489*        +Essex PB&R Corp.,    8007 Chivvis Driv,    Saint Louis, MO 63123-2333
13971492*        +FP Mailing Solutions,    Department 4272,    Carol Stream, IL 60122-0001
13971490*         Fedex Express Corporation,    Revenue Services,    3965 Airways, Module G,    Memphis, TN 38116
13971491*        +Fitch Even Tabin & Flannery,    120 S. LaSalle Street,    Chicago, IL 60603-3590
13971493*        +GE Capital,    4836 Brecksville Road,    PO Box 523,    Richfield, OH 44286-0523
13971494*        +Gerson,    16 Commerce Boulevard,    Middleboro, MA 02346-1085
13971495*        +Greenleaf Capital Group, LLC,    3411 Brei Kessel Road,    Independence, MN 55359-8747
13971496*        +Grey House Publishing,    185 Millerton Road,    PO Box 860,    Millerton, NY 12546-0860
13971497*        +Kimco,    7300 West Montrose Avenue,    Norridge, IL 60706-1158
13971499*        +LearnFrame,    9551 S. 700 East, #200,    Sandy, UT 84070-3493
13971500*        +Level 3 Communications, Inc.,    1025 Eldorado Boulevard,    Broomfield, CO 80021-8869
13971501*        +Mary Moore,    1001 Green Bay Road, #320,    Winnetka, IL 60093-1721
13971503*        +Pitney Bowes,    c/o Caine & Weiner,    PO Box 5010,    Woodland Hills, CA 91365-5010
13971502*        +Pitney Bowes,    PO Box 856460,    Louisville, KY 40285-6460
13971506*        +Riffner Barber & Rowden,    1834 Walden Office Square, #500,    Schaumburg, IL 60173-4298
13971507*        +Savvis,    1 Savvis Parkway,    Town and Country, MO 63017-5827
13971509*        +Sovereign Deed, Inc.,    820 Forest Edge Drive,    Vernon Hills, IL 60061-3105
13901251*        +Sovereign Deed, LLC,    820 Forest Edge Drive,    Vernon Hills, IL 60061-3105
13971510*        +Taylor Plumbing,    488 Dien Drive,    Wheeling, IL 60090-2641
13971511*        +Thermal Comfort,    c/o Williams, Cohen & Gray,    8300 Bissonnet Street, Suite 840,
                   Houston, TX 77074-3900
13971513*        +Tim Fafinski,    3411 Brei Kessel Road,    Independence, MN 55359-8747
13971514*        +Travelers,    Assoc Agencies, Inc.,    1701 Golf Road, Suite 700,
                   Rolling Meadows, IL 60008-4227
13971515*        +US Lift,    PO Box 91976,    Elk Grove Village, IL 60009-1976
13971517*        +Waste Management,    c/o RMS,    PO Box 523,    Richfield, OH 44286-0523
13971516*        +Waste Management,    PO Box 4684,    Carol Stream, IL 60197-4684
13971518*        +WebSite Pulse,    674 Saxon Boulevard,    Deltona, FL 32725-8626
13901211         ##+Alphagraphics,    701 N. Milwaukee Avenue, Suite 116,    Vernon Hills, IL 60061-1530
14428832         ##+American Arbitration Association,    1633 Braodway 10th Floor,    New York, NY 10019-7637
13901228         ##+DTN,    9110 W. Dodge Road, Suite 200,    Omaha, NE 68114-3316
13901260         ##+WebSite Pulse,    674 Saxon Boulevard,    Deltona, FL 32725-8626
                                                                                               TOTALS: 0, * 41, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2014                               Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: froman                Page 3 of 3              Date Rcvd: Oct 31, 2014
                               Form ID: pdf006             Total Noticed: 57
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2014 at the address(es) listed below:

```
              Adam B Goodman    on behalf of Intervenor    Louis M Gerson Company, Inc.
               adam@thegoodmanlawoffices.com
              Adam B Goodman    on behalf of Defendant    Louis M. Gerson Company, Inc.
               adam@thegoodmanlawoffices.com
              Adam B Goodman    on behalf of Creditor    Louis M. Gerson Company, Inc.
               adam@thegoodmanlawoffices.com
              Adam B Goodman    on behalf of Intervenor-Plaintiff    Louis Gerson Co.
               adam@thegoodmanlawoffices.com
              Bruce A Harwood    on behalf of Creditor    Skillsoft bharwood@sheehan.com,  ntoli@sheehan.com
              Donna B Wallace    on behalf of Plaintiff Joseph A Baldi dbwallace@ameritech.net
              Donna B Wallace    on behalf of Plaintiff Joseph A. Baldi dbwallace@ameritech.net
              Edward P. Freud    on behalf of Defendant    Republic Bancorp, Co. epfreud@rwrlaw.com
              Edward P. Freud    on behalf of Creditor    Republic Bank of Chicago epfreud@rfbnlaw.com
              Edward P. Freud    on behalf of Defendant    Republic Bank Of Chicago epfreud@rwrlaw.com
              Jessica  Tovrov    on behalf of Defendant    Louis M. Gerson Company, Inc. jessica@tovrovlaw.com
              Jessica  Tovrov    on behalf of Creditor    Louis M. Gerson Company, Inc. jessica@tovrovlaw.com
              Jessica  Tovrov    on behalf of Intervenor-Plaintiff    Louis Gerson Co. jessica@tovrovlaw.com
              Jessica  Tovrov    on behalf of Intervenor    Louis M Gerson Company, Inc. jessica@tovrovlaw.com
              Joseph A Baldi    on behalf of Plaintiff Joseph A. Baldi jabaldi@baldiberg.com,
               jmanola@baldiberg.com
              Joseph A Baldi    on behalf of Plaintiff Joseph A Baldi jabaldi@baldiberg.com,
               jmanola@baldiberg.com
              Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
               jmanola@baldiberg.com
              Joseph A Baldi, Tr    jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Joseph A Baldi, Tr    on behalf of Attorney    Baldi Berg, Ltd. jabaldi@baldiberg.com,
               jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Kurt M Carlson    on behalf of Defendant    Cheboygan County Treasurer kcarlson@carlsondash.com,
               knoonan@carlsondash.com
              Kurt M Carlson    on behalf of Defendant    Citizens National Bank kcarlson@carlsondash.com,
               knoonan@carlsondash.com
              Lester A Ottenheimer, III    on behalf of Debtor    TRF NA LLC lottenheimer@olawgroup.com,
               nfishkin@olawgroup.com
              Lester A Ottenheimer, III    on behalf of Defendant    Skokie Country Club lottenheimer@otrlaw.com,
               nfishkin@olawgroup.com
              Lester A Ottenheimer, III    on behalf of Defendant Barrett  Moore lottenheimer@otrlaw.com,
               nfishkin@olawgroup.com
              Lester A Ottenheimer, III    on behalf of Defendant    Sovereign Deed, Inc. lottenheimer@otrlaw.com,
               nfishkin@olawgroup.com
              Lester A Ottenheimer, III    on behalf of Defendant    Mullett Lake Operations LLC
               lottenheimer@otrlaw.com,   nfishkin@olawgroup.com
              Lester A Ottenheimer, III    on behalf of Defendant Mary S. Moore lottenheimer@otrlaw.com,
               nfishkin@olawgroup.com
              Lester A Ottenheimer, III    on behalf of Defendant    Marine Ventures LLC lottenheimer@otrlaw.com,
               nfishkin@olawgroup.com
              Lester A Ottenheimer, III    on behalf of Defendant    U.S. 31 Highway LLC lottenheimer@otrlaw.com,
               nfishkin@olawgroup.com
              Lester A Ottenheimer, III    on behalf of Defendant    The Pumphouse Holdings LLC
               lottenheimer@otrlaw.com,   nfishkin@olawgroup.com
              Martin J Wasserman    on behalf of Defendant    Citizens National Bank mwasserman@carlsondash.com,
               knoonan@carlsondash.com
              Martin J Wasserman    on behalf of Defendant    Cheboygan County Treasurer
               mwasserman@carlsondash.com,   knoonan@carlsondash.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 33
```