UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
                                          §
Trf Na Llc                                §    Case No. 09-17065
                                          §
                                          §
                 Debtor(s)                §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____, and it was converted to chapter 7 on _____. The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Joseph A. Baldi_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 3)*

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES | | | | | |
| Associated Bank | | | | | |
| Bank of America, N.A. | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG. LTD | | | | | |
| BALDI BERG. LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT | | | | | |
| | AT&T Mobility | | | | | |
| | Alphagraphics | | | | | |
| | Answering Service | | | | | |
| | Bandwith Communications | | | | | |
| | Barrett Moore | | | | | |
| | Blackhawk Delivery Services | | | | | |
| | Bulova Corp. | | | | | |
| | CH Robinson | | | | | |
| | Chubb Insurance | | | | | |
| | Copperfree Networks | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Crains Communicatino | | | | | |
| | Crown | | | | | |
| | DTN | | | | | |
| | Danka | | | | | |
| | Essex PB&R Corp. | | | | | |
| | FP Mailing Solutions | | | | | |
| | Fed Ex | | | | | |
| | GECC | | | | | |
| | Greenleaf Capital Group LLC | | | | | |
| | Grey House Publishing | | | | | |
| | Kimco | | | | | |
| | Level 3 Communications Inc. | | | | | |
| | Mary Moore | | | | | |
| | Pitney Bowes | | | | | |
| | Quest | | | | | |
| | Questionmark Copr | | | | | |
| | Riffner Barber & Rowden | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Savvis | | | | | |
| | Soverien Deed Inc. | | | | | |
| | Taylor Plumbing | | | | | |
| | Thermal Comfort | | | | | |
| | Thompson Coburn Fagel Haber | | | | | |
| | Tim Fafinski | | | | | |
| | Travelers | | | | | |
| | US Lift | | | | | |
| | Waste Management | | | | | |
| | Website Pulse | | | | | |
| 000003 | AMERICAN ARBITRATION ASSOCIATION | | | | | |
| 000005 | FITCH EVEN TABIN & FLANNERY | | | | | |
| 000001 | KUTCYHINS ROBIN AND DIAMOND | | | | | |
| 000007 | LEARNFRAME, INC. | | | | | |
| 000008 | LEARNFRAME, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | LOUIS M. GERSON COMPANY, INC. | | | | | |
| 000004 | LOUIS M. GERSON COMPANY, INC. | | | | | |
| 000006 | SKILLSOFT CORPORATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**      Page: 1

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No: | 09-17065 | Judge: Jacqueline P. Cox | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|
| Case Name: | Trf Na Llc | | | Date Filed (f) or Converted (c): | 06/16/09 (c) |
| | | | | 341(a) Meeting Date: | 07/23/09 |
| For Period Ending: | 12/08/14 | | | Claims Bar Date: | 06/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking, Savings Accounts | 200.00 | 0.00 | | 0.00 | FA |
| no funds turned over from chapter 11 debtor. | | | | | |
| 2. Money Market Account | 0.00 | 0.00 | | 0.00 | FA |
| 3. 6 Computers, printers and monitors | 750.00 | 0.00 | | 0.00 | FA |
| computers obsolete, no resale value | | | | | |
| 4. Miscellaneous pictures | 250.00 | 0.00 | | 0.00 | FA |
| 5. Patents and trademarks | Unknown | 0.00 | | 0.00 | FA |
| 6. Office Equip, Furnishings,&Supplies | 2,500.00 | 0.00 | | 0.00 | FA |
| Office furniture disposed of by landlord, no value | | | | | |
| 7. fax machine, copier, file cabinets and misc. equip | 1,000.00 | 0.00 | | 0.00 | FA |
| office equipment disposed of by landlord, no value | | | | | |
| 8. Preferences and Fraudulent transfers (u) | Unknown | 65,500.00 | | 16,500.00 | FA |
| Fraudulent Transfer Claim v. Citizens Bank and Cheboygan County; Mary Moore, Republic Bank, et al. (Adversary 10-01893); settled and collected with Republic, Citizens and Cheboygan; settlment with M. Moore was part of settlement with B. Moore (see Asset #11 below) | | | | | |
| 9. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.64 | FA |
| 10. Preference and FraudulentTransfer (u) | Unknown | 20,000.00 | | 20,000.00 | FA |
| Fraudulent transfer complaint v. Gerson; settled for $20,000 (Adversary 11-01045); Asset 10 originally included with Asset 8 (Trustee estimated value included in Asset 8) | | | | | |
| 11. Preference and Fraudulent Transfer (u) | Unknown | 0.00 | | 6,000.00 | FA |
| Fraudulent transfer complaint v. B. Moore (Adv. 11-01054); settled for $30,000 payable in installments; Asset 11 originally included with Asset 8 (Trustee estimated value included in Asset 8). Moore defaulted on note payments, estate entitled to obtain judgment for $94,000 per | | | | | |

LFORM1      Ver: 18.03a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Case 09-17065    Doc 85    Filed 01/16/15    Entered 01/16/15 15:43:36    Desc Main
Document      Page 10 of 17

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 09-17065 | Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | Trf Na Llc | | Date Filed (f) or Converted (c): | 06/16/09 (c) |
| | | | 341(a) Meeting Date: | 07/23/09 |
| | | | Claims Bar Date: | 06/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| settlement agreement, Trustee determined judgment uncollectible. | | | | | |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $4,700.00 | $85,500.00 | $42,500.64 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated assets.  Trustee filed 3 adversary proceedings to avoid and recover fraudulent transfers; Trustee

settled with all parties; payments have been received in full for 2 adversaries; the judgment creditor on the final

adversary is delinquent in his payments to the Estate which was due in April 2014, the final installment payment was due

to the Estate in April 2015. Trustee pursued collection of the judgment amount; Trustee determined that the balance is

uncollectible and that further collection efforts would not yield a distribution to unsecured creditors; as a result,

Trustee prepared the TFR


Initial Projected Date of Final Report (TFR): 06/30/11        Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-17065 -JPC | | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- | --- |
| Case Name: | Trf Na Llc | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6701 Checking Account |
| Taxpayer ID No: | *******9857 | | | |
| For Period Ending: | 12/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 10,321.49 | | 10,321.49 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 10,311.49 |
| 02/05/14 | 003001 | International Sureties | Bond Premium Payment | 2300-000 | | 8.26 | 10,303.23 |
| | | 701 Poydras Street #420 | Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.33 | 10,287.90 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.82 | 10,274.08 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.27 | 10,258.81 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 14.76 | 10,244.05 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.23 | 10,228.82 |
| 06/27/14 | 003002 | BALDI BERG, LTD | Trustee Attorney Fees | 3110-000 | | 10,228.82 | 0.00 |
| | | 20 N. CLARK STREET, STE. 200 | Allowed per Court Order Dated April 26, 2012 | | | | |
| | | CHICAGO, IL 60602 | | | | | |

| | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | 10,321.49 | 10,321.49 | 0.00 |
| Less: Bank Transfers/CD's | 10,321.49 | 0.00 | |
| Subtotal | 0.00 | 10,321.49 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 10,321.49 | |

Page Subtotals  10,321.49  10,321.49

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-17065 -JPC | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | Trf Na Llc | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******7204 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9857 | | | |
| For Period Ending: | 12/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/20/11 | 8 | CITIZENS NATIONAL BANK<br>303 North Main Street<br>P.O. Box 10<br>Cheboygan, MI 49721-0010 | RECOVER FRAUD TFR: #548 | 1241-000 | 10,000.00 | | 10,000.00 |
| 06/30/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 10,000.02 |
| 07/29/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,000.10 |
| 08/31/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,000.19 |
| 09/30/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,000.27 |
| 10/28/11 | 8 | Republic Bancorp Co. | RECOVER FRAUD TFR: #548 | 1241-000 | 6,500.00 | | 16,500.27 |
| 10/31/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 16,500.35 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 12.74 | 16,487.61 |
| 11/30/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 16,487.74 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 20.06 | 16,467.68 |
| 12/13/11 | 10 | LOUIS M. GERSON CO., INC.<br>16 Commerce Blvd.<br>Middleboro, MA 02346 | Preference Settlement - Installment | 1241-000 | 10,000.00 | | 26,467.68 |
| 12/29/11 | 9 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 26,467.84 |
| 12/29/11 | | Transfer to Acct #*******2723 | Bank Funds Transfer | 9999-000 | | 26,467.84 | 0.00 |

Page Subtotals  26,500.64  26,500.64

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-17065 -JPC | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | Trf Na Llc | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******7204 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9857 | | | |
| For Period Ending: | 12/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 26,500.64 | 26,500.64 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 26,467.84 | |
| | | | Subtotal | | 26,500.64 | 32.80 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 26,500.64 | 32.80 | |

Page Subtotals 0.00 0.00

Ver: 18.03a

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No: | 09-17065 -JPC | | Trustee Name: | Joseph A. Baldi |
| Case Name: | Trf Na Llc | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2723  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9857 | | | |
| For Period Ending: | 12/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******7204 | Bank Funds Transfer | 9999-000 | 26,467.84 | | 26,467.84 |
| 02/07/12 | 001001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | TRUSTEE BOND NO. 016026455 | 2300-000 | | 20.92 | 26,446.92 |
| 02/16/12 | 10 | LOUIS M. GERSON CO., INC.<br>16 Commerce Blvd.<br>Middleboro, MA 02346 | RECOVER FRAUD TFR: #548 | 1241-000 | 10,000.00 | | 36,446.92 |
| 03/30/12 | 11 | ROSENBLOOM OTTENHEIMER, LLC<br>Client Fund Account<br>750 W Lake Cook Rd<br>Buffalo Grove, IL 60089 | Barrett Moore Settlement | 1241-000 | 1,000.00 | | 37,446.92 |
| 04/30/12 | 001002 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Interim compensation<br>partial payment of allowed interim compensation | 3110-000 | | 25,000.00 | 12,446.92 |
| 02/07/13 | 001003 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>BOND # 016026455 | 2300-000 | | 10.04 | 12,436.88 |
| * 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-003 | 11.93 | | 12,448.81 |
| 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements | 2600-000 | | 11.93 | 12,436.88 |

Page Subtotals       37,479.77       25,042.89

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-17065 -JPC | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | Trf Na Llc | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2723 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9857 | | | |
| For Period Ending: | 12/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 04/10/13 | | Reverses Adjustment IN on 03/11/13 | is 3/08/13. ~JMM 4.10.13<br>Monthly Bank Service Fee<br>Supposed to be a subtraction, not an addition. ~JMM 4.10.13 | 2600-003 | -11.93 | | 12,424.95 |
| 04/19/13 | 11 | BARRETT MOORE<br>1001 Greenbay Road<br>#315<br>Winnetka, IL 60093 | SETTLEMENT | 1241-000 | 5,000.00 | | 17,424.95 |
| 04/22/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 13.19 | 17,411.76 |
| 04/27/13 | 001004 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Interim Compensation<br>Payment of allowed interim compensation | 3110-000 | | 7,000.00 | 10,411.76 |
| 05/22/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 14.30 | 10,397.46 |
| 06/09/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>The date of adjustment 6/9/13 actually occurred on 6/4/13 but TCMS will not allow us to back date it more than 30 days. Therefore, I used the 6/9/13 as the date of adjustment. ~JMM 7.9.13 | 2600-000 | | 11.04 | 10,386.42 |
| 07/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.67 | 10,375.75 |
| 08/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300 | Monthly Bank Service Fee | 2600-000 | | 11.02 | 10,364.73 |

Page Subtotals 4,988.07 7,060.22

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-17065 -JPC |
| Case Name: | Trf Na Llc |
| Taxpayer ID No: | *******9857 |
| For Period Ending: | 12/08/14 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2723  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Bethesda, MD 20817 | | | | | |
| 09/11/13 | | CONGRESSIONAL BANK | Monthly Bank Service Fee | 2600-000 | | 11.00 | 10,353.73 |
| | | 6500 Rock Spring Drive, Suite 300 | | | | | |
| | | Bethesda, MD 20817 | | | | | |
| 10/03/13 | | CONGRESSIONAL BANK | Monthly Bank Service Fee | 2600-000 | | 10.64 | 10,343.09 |
| | | 6500 Rock Spring Drive, Suite 300 | | | | | |
| | | Bethesda, MD 20817 | | | | | |
| 11/05/13 | | CONGRESSIONAL BANK | Monthly Bank Service Fee | 2600-000 | | 10.98 | 10,332.11 |
| | | 6500 Rock Spring Drive, Suite 300 | | | | | |
| | | Bethesda, MD 20817 | | | | | |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 10.62 | 10,321.49 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 10,321.49 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 42,467.84 | 42,467.84 | 0.00 |
| Less: Bank Transfers/CD's | 26,467.84 | 10,321.49 | |
| Subtotal | 16,000.00 | 32,146.35 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 16,000.00 | 32,146.35 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6701 | 0.00 | 10,321.49 | 0.00 |
| Money Market Account (Interest Earn - ********7204 | 26,500.64 | 32.80 | 0.00 |
| Checking Account (Non-Interest Earn - ********2723 | 16,000.00 | 32,146.35 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 42,500.64 | 42,500.64 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        10,364.73

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Exhibit 9

| Case No: | 09-17065 -JPC | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | Trf Na Llc | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2723 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9857 | | | |
| For Period Ending: | 12/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*